UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DONALD T. STERLING, an individual,<br><br>              Plaintiff,<br>    v.<br><br>NATIONAL BASKETBALL ASSOCIATION, , a NEW YORK professional association; ADAM SILVER, an individual; DAVID STERN, an individual; ROCHELLE H. STERLING, an individual; MERIL SUE PLATZER, an individual; JAMES EDWARD SPAR, an individual; and DOES 1 through 50,<br><br>              Defendants. | CASE NO.: CV14-4192-FMO-(SHx)<br><br>**ORDER ON STIPULATION REGARDING SETTLEMENT CONFERENCE** |

1

ORDER ON JOINT STIPULATION REGARDING SETTLEMENT CONFERENCE

## ORDER

The Court has considered the parties' Joint Stipulation Regarding Settlement Conference, and for good cause shown, hereby orders:

1. The parties are relieved of their obligation to complete their settlement conference before the private mediator by July 13, 2015;
2. If any claims or defendants remain in this action following the Court's decision on the motions to dismiss and strike, the remaining parties shall promptly meet and confer regarding a reasonable extension of the settlement conference deadline; and
3. Within one week of the parties' meet and confer regarding the settlement conference deadline, the parties shall prepare and submit to the court a proposed settlement conference deadline.

**IT IS SO ORDERED.**

Dated: July 8, 2015             /s/  .
                                       Hon. Fernando M. Olguin
                                       United States District Judge