JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. STERLING, ) | Case No. CV 14-4192 FMO (SHx) |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| NATIONAL BASKETBALL ASSOCIATION, et al., ) | |
| Defendants. ) | |

IT IS ADJUDGED that the federal claims in the above-captioned action are dismissed with prejudice, and the state claims are dismissed without prejudice. The action as to defendant David Stern is dismissed with prejudice.

Dated this 22nd day of March, 2016.

/s/
Fernando M. Olguin
United States District Judge