# UNITED STATES DISTRICT COURT
## for the
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD T. STERLING, )<br>)<br>Plaintiff )<br>)<br>v. )<br>) <br>NATIONAL BASKETBALL ASSOCIATION, )<br>et al., )<br>)<br>Defendants ) | Case No. CV 14-4192 FMO (SHx) |

**NOTICE OF APPEAL**

Notice is hereby given that DONALD T. STERLING, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on March 22, 2016.

Date: April 21, 2016

Bobby Samini, Esq.
Attorney for Plaintiff, Donald T. Sterling
840 Newport Center Drive, Suite 700
Newport Beach, CA 92660
bsamini@saminilaw.com
(949) 724-0900